IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZADOCK MEHUGE WILSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 16-0219-CG-N ) |
| WARDEN MYERS, et al., | ) ) |
| Defendants. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1406(a). The Clerk of Court is directed to take the appropriate steps to effect the transfer.

**DONE and ORDERED** this 29th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE